IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BILLY J. CAMPBELL                                                                                    PETITIONER

v.                                          NO. 5:06CV00093 JLH

LARRY NORRIS, Director of the                                                              RESPONDENT
Arkansas Department of Correction

### ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Billy J. Campbell is denied and dismissed. Judgment will be entered for respondent Larry Norris.

IT IS SO ORDERED this 14th day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE