IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BILLY J. CAMPBELL                                                                                         PETITIONER

v.                                          NO. 5:06CV00093 JLH

LARRY NORRIS, Director of the                                                                   RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Larry Norris.

IT IS SO ORDERED this 14th day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE